

## NUMBER 13-14-00133-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

REYNALDO ALBERTO CANTU, Appellant,

V.

THE STATE OF TEXAS, Appellee.

### On appeal from the 24th District Court
### of Calhoun County, Texas.

## ORDER

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

Currently pending before the Court is appellant's motion to extend time to file pro se brief and motion for court to provide appellate record on loan basis in the above-referenced cause. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before September 8, 2014, and

it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.   *See Kelly v. State*, PD-0702-13, 2014 WL 2865901, at **3–4 (Tex. Crim. App. June 25, 2014).

Appellant's motion to extend time to file pro se brief is GRANTED.   Appellant is ORDERED to file his brief with this Court within sixty (60) days from the day the appellate record was first made available to him.   The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of August, 2014.